**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __California__
                         (State)

Case number (If known): _____ Chapter __11__



☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Mani.Me, INC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | N/A | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8 3 – 0 8 1 3 6 6 0 | |
| 4. **Debtor's address** | **Principal place of business** <br> 2301 E 7th St <br> Number   Street <br> C-104 <br> Los Angeles     CA     90023 <br> City     State     ZIP Code <br><br> Los Angeles <br> County | **Mailing address, if different from principal place of business** <br><br> Number   Street <br><br> P.O. Box <br><br> City     State     ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number   Street <br><br> City     State     ZIP Code |
| 5. **Debtor's website (URL)** | | |

Debtor  Mani.Me, INC _____    Case number (if known)_____
        Name

**6. Type of debtor**

- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ❏ Partnership (excluding LLP)
- ❏ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ❏ Railroad (as defined in 11 U.S.C. § 101(44))
- ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply:*

- ❏ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
4541

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ❏ Chapter 7
- ❏ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ❏ A plan is being filed with this petition.
  - ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ❏ Chapter 12

Debtor  Mani.Me, INC _____    Case number (if known) _____
        Name

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No

☐ Yes.  District _____ When _____ Case number _____
                                MM / DD / YYYY

        District _____ When _____ Case number _____
                                MM / DD / YYYY

If more than 2 cases, attach a separate list.

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.  Debtor _____ Relationship _____
        District _____ When _____
                                                MM / DD / YYYY
        Case number, if known _____

List all cases. If more than 1, attach a separate list.

---

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street

                          _____
                          City                    State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor    Mani.Me, INC    Case number (if known) _____
         Name

---

**13. Debtor's estimation of available funds**

Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ■ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ■ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/05/2024
             MM / DD / YYYY

X _____     Esteban Restrepo Tabares
Signature of authorized representative of debtor     Printed name

Title  CEO

---

**Fill in this information to identify the case:**

Debtor name  Mani.Me, INC

United States Bankruptcy Court for the: _____ District of California
                                                         (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 8fig<br>23875 Ventura Blvd,<br>Calabasas, CA 91302 | P:<br>F: 737 400-6820 | Purchase Agreement | | $104,303.00 | | $80,303.00 |
| 2 | Shopify Capital Inc.<br>100 Shockoe Slip,<br>2nd Floor Richmond, VA 23219 | P:<br>F: 888 746-7439 | Loan | | | | $59,840.38 |
| 3 | JPMorgan Chase Bank, N.A.<br>Cardmember Services P.O. Box 15298<br>Wilmington, DE 19950-5298 | P:<br>F: 800 955-9060 | Credit Card | | | | $12,932.74 |
| 4 | Sattar & Associates, Inc.<br>12954 Hawthorne Blvd.,<br>Suite 101 Hawthorne, CA 90250 | P:<br>F: 310 313-7272 | Professional Services | | | | $10,096.67 |
| 5 | Celtic Bank Corporation<br>268 South State Street, Suite 300<br>Salt Lake City, UT 84111 | P:<br>F: 801 363-6500 | Credit Card | | | | $6,000.00 |
| 6 | Amazon Web Services, Inc.<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 | P:<br>F: 888-280-4331 | Professional Services | | | | $5,230.11 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | Mani.Me, INC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

**Fill in this information to identify the case and this filing:**

Debtor Name  Mani.Me, INC

United States Bankruptcy Court for the: _____  District of California
                                                              (State)

Case number (If known): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/05/2024          X _____
             MM / DD / YYYY         Signature of individual signing on behalf of debtor

                                    Esteban Restrepo
                                    Printed name

                                    CEO
                                    Position or relationship to debtor

Official Form 202           **Declaration Under Penalty of Perjury for Non-Individual Debtors**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CALIFORNIA

---------------------------------------------------------- X
In re:                                                     :   Chapter 11
                                                           :
Mani.Me, INC,                                              :   Case No.
                                                           :
                        Debtor.   :
---------------------------------------------------------- X

### CERTIFICATION OF CREDITOR MATRIX

      Mani.Me, INC, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor") hereby verifies and declares under penalty of perjury that the Creditor Matrix submitted herewith, pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of California, formatted in portable document format, containing the list of creditors of the Debtor, is complete and, to the best of the Debtor's knowledge, correct and consistent with the Debtor's books and records.

      The information contained in the Creditor Matrix is based on a review of the Debtor's books and records. However, the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the Creditor Matrix. In addition, certain of the entities included in the Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtor for purposes of this chapter 11 case. Therefore, this listing does not and should not be deemed to constitute either (i) a waiver of any defenses to any claims that may be asserted against the Debtor, or (ii) an acknowledgment of the validity or amount of any claims that may be asserted against the Debtor.

*[Remainder of page intentionally left blank]*

Danita Johnson

8fig

23875 Ventura Blvd

Calabasas, CA 91302


Shaz Mian

Shopify Capital Inc

100 Shockhoe Slip 2nd Floor

Richmond, VA 23219


Xinbo Wang

Sattar & Associates Inc

12954 Hawthorne Blvd Suite 101

Hawthorne, CA 90250


Ronald Castillo

JPMorgan Chase Bank, N.A.

Cardmember Services

P.O. Box 15298

Wilmington, DE 19950-5298


Shopify Credit

Celtic Bank Corporation

268 South State Street Ste 300

Salt Lake City, UT 8411

ER

Jam Dalas

Amazon Web Services

410 Terry Avenue North 4th Floor

Seattle, WA 98109-5210

ER