

**FILED & ENTERED**

**JUN 06 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY vandenst DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MANI.ME, INC.,<br><br>Debtor. | Case No.: 2:24-bk-14492-BR<br><br>Chapter 11<br><br>Subchapter V<br><br>**ORDER DISMISSING CASE** |

On June 5, 2024, the debtor filed a bankruptcy case without counsel.  Pursuant to Local Bankruptcy Rule 9011-2(a), a corporation, a partnership including a limited liability partnership, a limited liability company, or any other unincorporated association, or a trust may not file a petition or otherwise appear without counsel in any case or proceeding.

**IT IS THEREFORE ORDERED** that the above bankruptcy case is **DISMISSED WITHOUT PREJUDICE**.

**###**

Date: June 6, 2024

_____
Barry Russell
United States Bankruptcy Judge

-1-